THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL HOLZMAN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ. Clarke, P. J., and Merrell, J., dissenting.

FRANK S. TAGGART, Appellant, v. CUPRITE SULPHUR CORPORATION and Others, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ALFRED F. LEOPOLD, Respondent, v. JAMES A. ALLISON, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

CHATHAM AND PHENIX NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. SUGAR PRODUCTS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and twenty dollars costs of motions at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MOSES JACOBS, Respondent, v. THOMPSON-STARRETT COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

VIRGINIA D. COSBY, Appellant, v. ARTHUR F. COSBY, Respondent.— Judgment affirmed, without costs. No opinion Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

L. SAMUEL MANSON, Appellant, v. NEW YORK TIMES COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — . Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MARY E. RILEY, Substituted as Plaintiff in the Place and Stead of DAVID LAWTON, Deceased, Appellant, v. JAMES McGEE and Others, Respondents, Impleaded with JAMES LAWTON and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

CLARA L. SELDEN, as Committee, etc., of CLARENCE SELDEN, an Incompetent Person, Appellant, v. B. T. BABBIT, INC., Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

WALTER BAUER, Appellant, v. AMERICAN CHICLE COMPANY, Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

HENRY BENNETT LEARY and Another, Copartners, etc., Respondents, v. STANISLAUS PETER MATTHEW CHARLES DE RIDDER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.